UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LAMONT BOYD | ) |
| | ) |
| v. | ) NO. 3:13cv1207 |
| | ) JUDGE CAMPBELL |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA, et al. | ) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/30/2014.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk